## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAMIR KHAIDAROV, | : | Civil No. 1:26-CV-00649 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| CRAIG LOWE, *et al.*, | : | |
| | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## <u>ORDER</u>

**AND NOW**, on this 6th day of April, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The petition for writ of habeas corpus, Doc. 1, is **GRANTED**.

2) Respondents shall **IMMEDIATELY RELEASE** Petitioner from custody on his own recognizance.

3) Respondents shall certify compliance with this order by filing a declaration or affidavit pursuant to 28 U.S.C. § 1746 no later than **Wednesday, April 8, 2026, at 5:00 p.m.** confirming that Petitioner has been released from custody.

4) Respondents are **PERMANENTLY ENJOINED** from detaining Petitioner pursuant to 8 U.S.C. § 1225.

5) The Clerk of Court shall enter judgment in favor of Petitioner and close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania